# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| MARCUS ANTONIO FRIERSON, ) | |
| ) | C/A No.: 4:09-2679 DCN |
| Plaintiff, ) | |
| ) | |
| -vs- ) | **ORDER** |
| ) | |
| BOB OLSEN, FOOD SERVICE; MR. MCCALL, ) | |
| WARDEN; STEVEN J. RECK, FOOD SERVICE ) | |
| BARNCH CHIEF; MR. KIRSCH, FOOD ) | |
| SERVICE BARNCH; MR. CLAYTOR, ACC ) | |
| WARDEN; MS. COCCIOLONE, IGC; OFC. D. ) | |
| LINDSEY; OFC SOWELL; MR. NAJOR, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the court upon defendants' Motion to Dismiss. The motion was filed on September 16, 2010. It appears from the exhibit attached to defendants' Motion to Dismiss that the plaintiff requests that the action be dismissed.

**IT IS THEREFORE ORDERED,** that defendants' Motion to Dismiss is **GRANTED**.

**AND IT IS SO ORDERED.**

David C. Norton
Chief United States District Judge

Charleston, South Carolina
September 22, 2010